RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701

AMY LAURENDEAU (S.B. # 198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Counsel for Defendant
Ford Motor Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SMALLEY, LLOYD ATTERSON, ROGER SADDLER, and CAROLINE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02104-KJM-AC<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER STAYING FORD'S RESPONSE DATE PENDING TRANSFER REQUEST**<br><br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3<br>Action filed: October 18, 2019 |

Pursuant to Civil Local Rules 143 and 144, Plaintiffs Carol Smalley, Lloyd Atterson, Roger Saddler, and Caroline McGee ("Plaintiffs") and Defendant Ford Motor Company ("Ford") (collectively, the "Parties") hereby agree and stipulate as follows, subject to the approval of the Court:

WHEREAS, Plaintiffs filed this action ("*Smalley*") against Ford on October 18, 2019;

WHEREAS, Plaintiffs served Ford with the Complaint on October 25, 2019;

WHEREAS, Ford's deadline to respond to the Complaint is November 15, 2019;

WHEREAS, this case involves substantially similar claims as a case pending in the United States District Court for the Southern District of California, *Lessin v. Ford Motor Company* ("*Lessin*"), Case No. 3:19-cv-01082-AJB-AHG, initiated on June 10, 2019, served on Ford on June 28, 2019, and which Ford moved to dismiss on October 11, 2019 (ECF No. 17);

WHEREAS, *Smalley* and *Lessin* are putative class actions in which the plaintiffs (1) allege that Ford omitted information about an alleged suspension defect in model year 2005-2019 Ford F-250 and F-350 trucks, (2) seek certification of nearly identical classes, and (3) seek similar remedies under similar fraud-based and warranty theories;

WHEREAS concurrently with this Joint Stipulation, Ford is filing a Notice of Related Case and request to transfer *Smalley* to the Southern District of California;

WHEREAS, the Parties agree that the interests of judicial economy and efficiency are best served by temporarily staying *Smalley* until the resolution of Ford's transfer request.

IT IS HEREBY STIPULATED, by and between the Parties, by and through their respective undersigned counsel, and subject to the approval of the Court, as follows:

1. Ford's deadline to respond to Plaintiffs' Complaint is stayed pending further order of the Court;
2. After the Court enters an order granting or denying Ford's transfer request, the time for Ford to respond to the Complaint by answer or Rule 12 motion is continued to 30 days following the entry of that order.

Dated: November 11, 2019

O'MELVENY & MYERS LLP

s/ Randall W. Edwards
Randall W. Edwards

*Counsel for Defendant
Ford Motor Company*

Dated: November 11, 2019

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

s/ Hank Greenblatt (as authorized on 11/8/19)
Hank Greenblatt

*Counsel for Plaintiffs and the Putative Class*

## **ORDER**

Pursuant to Joint Stipulation of the Parties, **IT IS SO ORDERED.**

Dated: November 14, 2019

_____
UNITED STATES DISTRICT JUDGE