UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SMALLEY, et al., | No. 2:19-cv-02104-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| FORD MOTOR COMPANY, | |
| Defendant. | |

On November 11, 2019, defendant Ford Motor Company filed a document styled "Notice of Related Case," asking the court to transfer this matter to the Southern District of California and relate the matter to a case filed in that district, *Lessin, et al. v. Ford Motor Company*, 3:19-cv-01082-AJB-AHG. ECF No. 6. The request to transfer is unopposed. *Id.* at 3 ("Ford has met and conferred with counsel for Plaintiffs . . . who have agreed to not oppose Ford's request for transfer.").

Although the filing is styled as a "Notice of Related Case," it is clear the parties' objective is to transfer this matter to the Southern District of California. Therefore, the court construes this filing as a motion to transfer venue under 28 U.S.C. § 1404. Under § 1404(a), "a district court may transfer any civil action . . . to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Here, the parties agree the Southern District of California is the most convenient venue. ECF No. 6 at 3. Accordingly, under the provisions of § 1404(a), the

1

court orders this matter transferred to the Southern District of California.[1]  The Clerk of Court shall perform the administrative process necessary to effectuate transfer, and then CLOSE this case.

        IT IS SO ORDERED.

DATED:  November 22, 2019.

                                                             UNITED STATES DISTRICT JUDGE

---

[1] This court's power to relate cases is limited to matters within its own district, *see* E.D. Cal. R. 123(c) (reassignment of matters limited to judges "sitting in the Eastern District of California").  Therefore, upon the transfer of this matter to the Southern District of California, the parties must comply with the local rules of that court should they request that court relate the matters.